JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIBA BEHNAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AIRGAS USA, LLC, a Delaware limited liability corporation; and DOES 1-20 inclusive,<br><br>Defendants. | Case No.: 8:20-cv-01789-JLS-ADS<br><br>**ORDER DISMISSING ACTION PURSUANT TO STIPULATION** |

Upon consideration of the Joint Stipulation submitted by Plaintiff Ziba Behnam and Defendant Airgas USA, LLC, IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety. Each party is to bear her or its own fees and costs.

DATED: February 2, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE